# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA RUSSELL, AND ALL OTHERS SIMILARLY SITUATED,** *Plaintiff,* v. **EQHEALTH SOLUTIONS, INC.,** *Defendant.* | **No. 3:19-cv-00005-SDD-EWD** |

## ORDER APPROVING FLSA SETTLEMENT

The Court reviewed the Parties' Joint Motion for Approval of Settlement and Dismissal of Action and the attachments thereto, including the Joint Stipulation of Settlement ("Settlement Agreement"). The Court finds that the Settlement Agreement represents a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act ("FLSA"), and therefore approves the Settlement Agreement.

Within fourteen days of the date of this Order, Defendant will deposit $700,000.00, plus the employer's share of applicable state and federal payroll taxes on the wage portion of the settlement payments, into the Qualified Settlement Fund identified in the Settlement Agreement.

Within twenty-one days of this Order, the Settlement Administrator, as defined in the Settlement Agreement, will issue each Opt-in Plaintiff their settlement payment along with a Notice, in the form attached to the Parties' Joint Motion for Approval as Exhibit 1, Attachment B. Opt-in Plaintiffs will have one hundred and twenty (120) days from the date the settlement payments are issued to cash their settlement checks.

This matter is dismissed without prejudice. If no motion to enforce the Settlement Agreement is filed prior to [insert 60 days from Order], the dismissal shall convert to a dismissal with prejudice on that date.

DONE and ORDERED this _11th of December_ ~~day of~~ ____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE